IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DION D. HICKS, | § | |
| | § | No. 37, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court of the |
| | § | State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1107013050A |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 6, 2017
Decided: February 8, 2017

## O R D E R

This 8th day of February 2017, it appears to the Court that the Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the Court's lack of jurisdiction to consider an appeal from a decision issued by a Superior Court Commissioner. The appellant received the notice to show cause on January 24, 2017 and has not responded to the notice within the required ten-day period. For that reason, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/Karen L. Valihura*
Justice